UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JOE HAND PROMOTIONS INC.,**

    Plaintiff,

-vs-                                    Case No. 16-C-183

**K-TOWN ENTERPRISES INC.
d/b/a Motor Alley,
JAMES MAULDIN,
JACK LEVANDOSKI, and
MICHAEL MAULDIN,**

    Defendants.

## DECISION AND ORDER

Defendant James Mauldin filed a notice of appearance, answer, and other papers on behalf of himself and K-Town Enterprises Inc. (ECF Nos. 8-11.) Defendant Jack Levandoski filed a notice of appearance, answer, and other papers on behalf of himself and Motor Alley. (ECF Nos 12-15.) According to the Complaint, K-Town and Motor Alley are a single legal entity. (ECF No. 1)

However, K-Town Enterprises Inc. doing business as Motor Alley (K-Town) may only appear before the Court by an attorney admitted to practice in this District. *See* General L.R. 83 (E.D. Wis.). The Court will afford K-Town an opportunity to retain counsel and for that attorney to file

appropriate papers including a notice of appearance on K-Town's behalf on or before April 25, 2016.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Counsel may file a notice of appearance and other appropriate papers on behalf of K-Town **on or before April 25, 2016**.

Dated at Milwaukee, Wisconsin, this __18th__ day of March, 2016.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA
U.S. District Judge**